To: The Office Of The Clerk,
    Twelfth Court Of Appeals

From: Ross Cleveland Richardson # 1958220
    Boyd Unit. Owing 4 Bunk
    200 Spur 113
    Teague. TX. 75860

Date: April 27, 2015

Re: Appeal Case No. 12-13-00131-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 01 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Hello.

   I would like an Invoice / Estimate for the Reporters Record of any and all pre-trial hearings of which were requested to be transcribed (see Clerks Record 00095) thus I presume they were filed pursuant to the Trial Courts Order (see Clerks Record 101) Thank You For Your Assistance in this Matter

                    Respectfully Submitted
                    /s/ Ross Richardson

* This Document was prepared by Jimmy Hill due to Mr. Richardsons Arthritis and signed and sent with his permission and approval.
                    Jimmy Hill

* Please forward the requested Invoice / Estimate to Mr. Richardson at the address above. Thank You

C.C. File                         1 of 1